# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

DAVID LEE PATTERSON                                                    PLAINTIFF
ADC #129780

V.                         No. 4:21-CV-00696-LPR-JTR

LEONARD HOGG, Sheriff,
Lincoln County                                                         DEFENDANT

## ORDER

Plaintiff David Patterson ("Patterson") filed a *pro se* § 1983 Complaint on August 3, 2021. *Doc. 2*. Defendant Sheriff Leonard Hogg ("Hogg") was served with the Complaint on April 8, 2022 (*Doc. 22*), and, on April 22, 2022, Hogg filed his Answer (*Doc. 24*) and sent Patterson a discovery request consisting of nine interrogatories (*Doc. 29-1*).

Three days later, on April 25, 2022, the Court entered an initial Scheduling Order, giving Hogg until May 25, 2022 to file a motion for summary judgment on the issue of exhaustion and staying discovery until the exhaustion issue was resolved. *Doc. 26*.

On May 23, 2022, Hogg filed a Notice informing the Court he would not be filing a motion for summary judgment on the issue of exhaustion. *Doc. 27*. Thus, on May 27, 2022, the Court issued a second Scheduling Order that lifted the stay on

discovery, gave the parties until October 24, 2022 to complete discovery, and set a deadline of November 23, 2022 for the filing of dispositive motions. *Doc. 28*.

With the discovery stay lifted, Hogg resubmitted his Interrogatories to Patterson, on June 8, 2022, along with Requests for Production. *Docs. 29 & 29-1*. After Patterson did not answer Hogg's discovery requests within 30 days, Hogg sent him a letter attempting to resolve the dispute without Court intervention. *Id*. This letter asked Patterson to provide his past-due discovery responses, within 10 days, or a Motion to Compel would be filed. *Id*.

On August 4, 2022, Hogg filed a Motion to Compel and Brief in Support, asserting that Patterson had still not responded to the discovery requests. *Doc. 29*. According to Hogg, Patterson's discovery responses are necessary for Hogg's preparation of a Motion for Summary Judgment. *Id*. Patterson has not filed any Response to the Motion to Compel.

Hogg has now filed a Motion to Stay or Extend the discovery and dispositive motions deadline. *Doc. 31*.

For good cause shown, Hogg's Motion to Compel (*Doc. 29*) and Motion to Stay or Extend (*Doc. 31*) are both GRANTED.

Patterson is ordered to provide *full and complete responses* to Hogg's discovery requests **no later than December 30, 2022**. Patterson is cautioned that

his failure to timely comply with this Order may result in this case being dismissed, without prejudice. *See* Fed. R. Civ. P. 37(b)(2).

Finally, the discovery deadline is extended until January 30, 2023, and the dispositive motions deadline is extended until March 1, 2023.

IT IS SO ORDERED this 9th day of December, 2022.

_____
UNITED STATES MAGISTRATE JUDGE