IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID LEE PATTERSON**                                                                                   **PLAINTIFF**

v.                                        **Case No. 4:21-CV-00696-LPR**

**LEONARD HOGG,**
**Sheriff, Lincoln County**                                                                              **DEFENDANT**

## ORDER

On August 3, 2021, Plaintiff David Lee Patterson, an inmate in the Lincoln County Detention Center ("LCDC"), filed a pro se Complaint pursuant to 42 U.S.C. § 1983.[1]  On August 4, 2022, Defendant Leonard Hogg filed a Motion to Compel along with evidence showing that Plaintiff had failed to respond to discovery requests.[2]  On December 9, 2022, the Court granted Defendant's Motion to Compel and directed Plaintiff to file his responses to Defendant's discovery requests no later than December 30, 2022.[3]

On January 12, 2023, Defendant filed a Motion to Dismiss pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.[4]  Defendant argues that this case should be dismissed because Plaintiff failed to comply with the Court's December 9, 2022 Order.[5]  Plaintiff has not responded to Defendant's Motion to Dismiss, and the time for doing so has passed.[6]

---

[1] Compl. (Doc. 2).

[2] First Motion to Compel (Doc. 29).  Sheriff Hogg has since passed away.  *See* Suggestion of Death (Doc. 41).

[3] Order (Doc. 32).

[4] Motion to Dismiss (Doc. 33).

[5] *Id.*

[6] *See* Local Rule 7.2(b) of the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas (providing parties fourteen (14) days to respond to a motion).

On March 15, 2023, mail sent to Plaintiff at his address of record, LCDC, was returned undeliverable.[7] On March 16, 2023, the Court entered an Order directing Plaintiff to file a notice of his current mailing address, on or before April 17, 2023, if he wished to proceed with this lawsuit.[8] The Court warned Plaintiff that failure to comply with the Order would result in dismissal of his Complaint.[9]

Plaintiff has not timely complied with either the December 9, 2022 Order directing him respond to Defendant's discovery requests or the March 16, 2023 Order directing him to update his mailing address.[10] Accordingly, Defendant's Motion to Dismiss is GRANTED.[11] Plaintiff's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 26th day of May 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[7] Returned Mail (Doc. 37).

[8] Order (Doc. 38).

[9] *Id.*

[10] Recent mail sent by the Court to Plaintiff was also returned undelivered. *See* Returned Mail (Doc. 40). Under Local Rule 5.5(c)(2), it is Plaintiff's responsibility to promptly notify the Court of an address change. He has not done so.

[11] Motion to Dismiss (Doc. 33).