IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID LEE PATTERSON**                                                                 **PLAINTIFF**

v.                                  Case No. 4:21-CV-00696-LPR

**LEONARD HOGG,**
**Sheriff, Lincoln County**                                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff David Lee Patterson's Complaint is DISMISSED without prejudice. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Judgment or the underlying Order would not be taken in good faith.

IT IS SO ADJUDGED this 26th day of May 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE